# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Judi Carina Perez**

Case Number:  **2:20CR00247**

Name of Sentencing Judicial Officer: **Honorable Dana M. Sabraw**

Date of Original Sentence: **January 3, 2020**

Original Offense: **Bringing in Aliens Without Presentation**

Original Sentence: **366 Days prison, followed by 24 Months TSR.**

Date of Prior Revocation: **December 23, 2020**

Revocation Sentence: **Petition Dismissed on June 25, 2021**

Date Supervision Commenced: **June 30, 2020**

Date Jurisdiction Transferred to District of Nevada: **October 22, 2020**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** – The defendant must not commit another federal, state or local crime.

RE: Judi Carina Perez

Prob12C
D/NV Form
Rev. March 2017

On July 13, 2021, Perez committed the offense of Possession of Schedule I, II Controlled Substance 28 Grams but Less Than 42 Grams (Felony), in violation of N.R.S. 453.336.2D.

In this incident, Perez was operating a motor vehicle and committed a traffic infraction by failing to utilize a turn signal. Las Vegas Metropolitan Police Department (LVMPD) officers conducted a traffic stop. During the stop, officers discovered a clear plastic baggie with large crystal-shards they believed to be methamphetamine. Perez was taken into custody without incident. Upon arrival to the Clark County Detention Center, Perez admitted to having another bag of methamphetamine in her pant between her buttocks.

2. **Do Not Unlawfully Possess Controlled Substance** – The defendant must not unlawfully possess a controlled substance.

   On July 13, 2021, Perez was found to be in possession of methamphetamine during a traffic stop. Additionally, Perez was found to have second bag of methamphetamine on her person while being booked into CCDC.

3. **Must Not Interact With Criminals** – The defendant must not communicate or interact with someone you know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

   On July 13, 2021, Perez was arrested for being in possession of methamphetamine. At the time, Perez was discovered to be with Joshua Fiallos who is a convicted felon and has an extensive criminal history dating back to 2005. Perez and Fiallos agreed to obtain methamphetamine together in this incident. Perez did not have permission to associate with Joshua Fiallos from the probation office.

RE: Judi Carina Perez

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

⊠ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **July 14, 2021**

_Digitally signed by Matthew Martinez_
_Date: 2021.07.15 09:01:10 -07'00'_

Matthew S. Martinez
United States Probation Officer

Approved:

_Digitally signed by Joy Gabonia_
_Date: 2021.07.15 06:53:35 -07'00'_

Brian Blevins
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐    No Action.
☒    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

_____
Signature of Judicial Officer

_7/15/2021_____
Date

RE: Judi Carina Perez

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JUDI CARINA PEREZ, 2:20CR00247

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### July 14, 2021

By way of case history, Perez was originally sentenced in the Southern District of California to twelve (12) months and one (1) day custody followed by a two (2) year term of supervised release for committing the offense of Bringing in Aliens Without Presentation. On June 30, 2020, Perez commenced supervision in the District of Nevada. On October 22, 2020, Your Honor accepted jurisdiction of the case.

On November 11, 2020, our office filed a petition to revoke supervision after violated her terms of supervision by committing a new crime, unlawfully possessing a controlled substance, and unlawful use of a controlled substance. On December 15, 2020, Perez appeared before Your Honor for a revocation hearing and admitted to the allegations contained in the petition. Your Honor stayed the decision on revocation for a period of six months to allow Perez to participate in treatment and get back into compliance. On June 25, 2020, Your Honor dismissed the petition as Perez had completed treatment and maintained sobriety.

Unfortunately, Perez has regressed back to participating in nefarious activity as evidenced by her arrest on July 13, 2021. In this incident LVMPD officer conducted a traffic stop on a vehicle after failing to utilize a turn signal. Upon approaching the vehicle, the officer could see both the driver and passenger making furtive movements toward the middle front seat. Perez was the driver of the vehicle and was removed from the vehicle. The passenger, Joshua Fiallos was the passenger and was also removed from the vehicle.

During the stop, officers observed a clear plastic baggie partially shoved between the center seat and the back rest. The baggie contained a large crystal-shards believed to be methamphetamine. Both Perez and Fiallos were advised of their Miranda warning rights. Both Perez and Fiallos denied ownership of the methamphetamine. However, Fiallos provided officers with messages on his phone from Perez agreeing to buy an ounce of methamphetamine for $100. Perez and Fiallos met up and bought the methamphetamine at the City Center Motel located at 700 Fremont St., Las Vegas, NV 89101.

Perez was taken into custody and transported to CCDC. Upon arrival to CCDC, Perez was asked if she had anything else on her person to which she replied she did and proceeded to pull out another bag of methamphetamine from her pants located in between her buttocks.

Both bags discovered were field tests and confirmed positive for methamphetamine. The bag of methamphetamine discovered in the vehicle weighted approximately 29 gross grams while the bag of methamphetamine in Perez's pants weighed approximately 7.1 gross grams for a total of 36.1 gross grams.

RE: Judi Carina Perez

Prob12C
D/NV Form
Rev. March 2017

Perez has already received leniency from Your Honor on the first petition. Unfortunately, Perez continues to engage in similar behavior disregarding the Court's orders and good graces. At this point, we respectfully request a warrant be issued to initiate revocation proceeding and bring Perez before Your Honor to show cause as to why supervision should not be revoked.

Respectfully submitted,

Digitally signed by Matthew Martinez
Date: 2021.07.15 09:01:34 -07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2021.07.15 06:54:05 -07'00'

Brian Blevins
Supervisory United States Probation Officer